# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **PEGGY L. COFFEY,** ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 2:15cv00012 | |
| ) | | |
| **CAROLYN W. COLVIN,** ) | **ORDER** | |
| **Acting Commissioner of** ) | | |
| **Social Security,** ) | | |
| Defendant ) | BY: PAMELA MEADE SARGENT | |
| ) | United States Magistrate Judge | |

For the reasons stated in the Memorandum Opinion accompanying this Order, it is **ORDERED** as follows:

1. The motion for summary judgment filed by the plaintiff, (Docket Item No. 11), is **DENIED**;
2. The motion for summary judgment filed by the Commissioner of Social Security, (Docket Item No. 20), is **DENIED**;
3. The final decision of the Commissioner denying benefits is **VACATED**; and
4. The plaintiff's claim is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

ENTER: September 27, 2016.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE