IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **PEGGY L. COFFEY,** | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:15cv00012 |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **FINAL JUDGMENT** |
|   Acting Commissioner of | ) | |
|   Social Security, | ) | |
|     Defendant | ) | BY: PAMELA MEADE SARGENT |
| | ) | United States Magistrate Judge |

In accord with the Order entered in this matter today, it is **ADJUDGED AND ORDERED** that final judgment is **GRANTED** to the plaintiff **VACATING** the Commissioner's decision denying benefits and **REMANDING** the plaintiff's case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

The Clerk is directed to close the case.

ENTER: September 27, 2016.

    /s/ *Pamela Meade Sargent*
    UNITED STATES MAGISTRATE JUDGE